*Mr. Broom,* plaintiff's attorney, at the first moved for a rule to plead by first rule day in vacation. *Wilson* thought the rule should be to plead by next term, which he said appeared to be the practice, and the Act of Assembly ([1 Del. Laws] 379) had fixed on the third term as the time when the parties should be obliged to come to trial, which might imply that that time should be allowed, but by this practice the second would be the trial court.

PER CURIAM. JOHNS, C. J. We think we have powers under that Act of Assembly to try causes at the second term; lay the rule to plead by first rule day.

## ABRAHAM HARGIS, qui tam, v. CHARLES VAUGHAN.

Supreme Court. Sussex. October 11, 1799.

*Wilson's Red Book, 258.*

*Wilson* for plaintiff. *Bayard* for defendant.

Defendant made affidavit, which is filed etc., that he was arrested about nine or ten o'clock on the day after the general election at Georgetown, before he had returned home etc. *Bayard* moved that he might be discharged from the action, being privileged to come to and return from the election.

*Wilson* admitted that the court would give a large and liberal construction to this privilege, but, as it was a matter for the exercise of the court's legal discretion, he would not observe on the circumstances of defendant's delay and distance, *vide* Tidd Pr. 27.

PER CURIAM. Let the defendant be discharged.